ROACH et al. v. TEXAS EMPLOYERS' INS. ASS'N et al. (No. 1771.) (Court of Civil Appeals of Texas. Texarkana. June 29, 1921. Rehearing Denied July 2, 1921.) Appeal from District Court, Hopkins County; Wm. Pierson, Judge. Action by T. W. Roach and wife against the Texas Employers' Insurance Association and another. Judgment for defendants, and plaintiffs appealed to the Court of Civil Appeals, which reversed as to the named defendant (195 S. W. 328), and such defendant brought error to the Supreme Court, which reversed and remanded to the Court of Civil Appeals for further disposition of the remaining assignments of appellant. Assignments overruled, and judgment affirmed. R. D. Allen, of Sulphur Springs, for appellants. Harry P. Lawther, of Dallas, for appellees.

LEVY, J. This cause is remanded to this court for the further disposition of the remaining assignments of the appellant. (Com. App.) 222 S. W. 159. The remaining assignments undisposed of in the opinion on writ of error relate to the trial of the case on the facts. We conclude that these assignments should be overruled. As there is not reversible error, and the verdict of the jury has support in the evidence, the judgment is affirmed.